# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: SONA MOBILE HOLDINGS CORP.

§    Case No. 09-14577-BTB
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

TIMOTHY S CORY, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $21,379,911.61
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants:$0.00

Claims Discharged
Without Payment: N/A

Total Expenses of Administration:$130,811.19

3) Total gross receipts of $     130,811.19     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2** ), yielded net receipts of $130,811.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 404,681.56 | 348,510.74 | 130,811.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,853.06 | 6,853.06 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,723,500.00 | 3,723,500.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,135,034.62 | $4,078,863.80 | $130,811.19 |

4) This case was originally filed under Chapter 7 on March 30, 2009. The case was pending for 88 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/29/2016                By: /s/TIMOTHY S CORY, TRUSTEE
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE ¹ | $ AMOUNT RECEIVED |
|---|---|---|
| Merril Lynch 300 E. Esplanade Dr. STE 2150 Oxnar | 1129-000 | 13,915.69 |
| Nevada Gaming Control Board 555 E. Washington Av | 1129-000 | 85,427.90 |
| RETAINER FROM LEWIS AND ROCA | 1229-000 | 2,400.00 |
| Adversary 11-1118 Cory et al v. Ebet Limited et | 1241-000 | 29,000.00 |
| Interest Income | 1270-000 | 67.60 |
| **TOTAL GROSS RECEIPTS** | | **$130,811.19** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TIMOTHY S CORY, TRUSTEE | 2100-000 | N/A | 9,790.56 | 9,790.56 | 9,790.56 |
| TIMOTHY S CORY, TRUSTEE | 2200-000 | N/A | 631.95 | 631.95 | 631.95 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 49.28 | 49.28 | 49.28 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 127.94 | 127.94 | 127.94 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 143.42 | 143.42 | 143.42 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 575.00 | 575.00 | 575.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| STORAGE ONE AT RHODES RANCH | 2410-000 | N/A | 995.00 | 995.00 | 995.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| The Litigation Document Group | 2410-000 | N/A | 672.36 | 672.36 | 672.36 |
| The Litigation Document Group | 2410-000 | N/A | 1,201.93 | 1,201.93 | 1,201.93 |
| Secure Documents | 2410-000 | N/A | 400.00 | 400.00 | 400.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| Secure Documents | 2410-000 | N/A | 80.00 | 80.00 | 80.00 |
| New York State Corporation Tax | 2820-000 | N/A | 0.00 | 0.00 | 0.00 |
| NYC Department of Finance | 2820-000 | N/A | 0.00 | 0.00 | 0.00 |
| NAUTILUS INVESTIATIONS PTY LTD | 2990-000 | N/A | 132.00 | 132.00 | 132.00 |
| McDermott Will & Emery, LLP | 3210-000 | N/A | 55,991.00 | 55,991.00 | 28,727.19 |
| Durham Jones & Pinegar | 3210-000 | N/A | 81,032.00 | 29,160.16 | 29,160.16 |
| Durham Jones & Pinegar | 3210-000 | N/A | 89,211.50 | 89,211.50 | 11,187.78 |
| Durham Jones & Pinegar | 3210-000 | N/A | 107,038.00 | 107,038.00 | 0.00 |
| McDermott Will & Emery, LLP | 3220-000 | N/A | 272.81 | 272.81 | 272.81 |
| Durham Jones & Pinegar | 3220-000 | N/A | 9,065.12 | 9,065.12 | 3,691.10 |
| Durham Jones & Pinegar | 3220-000 | N/A | 6,448.48 | 2,149.50 | 2,149.50 |
| Durham Jones & Pinegar | 3220-000 | N/A | 13,812.22 | 13,812.22 | 13,812.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Richard Bowler | 3410-000 | N/A | 16,500.00 | 16,500.00 | 16,500.00 |
| Pack CPA | 3410-000 | N/A | 3,684.00 | 3,684.00 | 3,684.00 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| nINTERNATIONAL SURETIES LTD | 2300-000 | N/A | 28.13 | 28.13 | 28.13 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 24.55 | 24.55 | 24.55 |
| nINTERNATIONAL SURETIES LTD | 2300-000 | N/A | 22.54 | 22.54 | 22.54 |
| nINTERNATIONAL SURETIES LTD | 2300-000 | N/A | 73.69 | 73.69 | 73.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 152.98 | 152.98 | 152.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 176.88 | 176.88 | 176.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.54 | 19.54 | 19.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 111.82 | 111.82 | 111.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 107.87 | 107.87 | 107.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 118.80 | 118.80 | 118.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 114.90 | 114.90 | 114.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 123.22 | 123.22 | 123.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 111.41 | 111.41 | 111.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 115.02 | 115.02 | 115.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 110.44 | 110.44 | 110.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 125.02 | 125.02 | 125.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 109.41 | 109.41 | 109.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 120.24 | 120.24 | 120.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 116.03 | 116.03 | 116.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 104.36 | 104.36 | 104.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.44 | 122.44 | 122.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 110.95 | 110.95 | 110.95 |
| Rabobank, N.A. | 2600-000 | N/A | 64.77 | 64.77 | 64.77 |
| Rabobank, N.A. | 2600-000 | N/A | 35.62 | 35.62 | 35.62 |
| Rabobank, N.A. | 2600-000 | N/A | 30.08 | 30.08 | 30.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.85 | 30.85 | 30.85 |
| Rabobank, N.A. | 2600-000 | N/A | 33.88 | 33.88 | 33.88 |
| Rabobank, N.A. | 2600-000 | N/A | 32.70 | 32.70 | 32.70 |
| Rabobank, N.A. | 2600-000 | N/A | 29.41 | 29.41 | 29.41 |
| Rabobank, N.A. | 2600-000 | N/A | 34.51 | 34.51 | 34.51 |
| Rabobank, N.A. | 2600-000 | N/A | 31.19 | 31.19 | 31.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 29.96 | 29.96 | 29.96 |
| Rabobank, N.A. | 2600-000 | N/A | 33.88 | 33.88 | 33.88 |
| Rabobank, N.A. | 2600-000 | N/A | 28.66 | 28.66 | 28.66 |
| Rabobank, N.A. | 2600-000 | N/A | 33.74 | 33.74 | 33.74 |
| Rabobank, N.A. | 2600-000 | N/A | 31.38 | 31.38 | 31.38 |
| Rabobank, N.A. | 2600-000 | N/A | 28.11 | 28.11 | 28.11 |
| Rabobank, N.A. | 2600-000 | N/A | 29.00 | 29.00 | 29.00 |
| Rabobank, N.A. | 2600-000 | N/A | 31.81 | 31.81 | 31.81 |
| Rabobank, N.A. | 2600-000 | N/A | 29.69 | 29.69 | 29.69 |
| Rabobank, N.A. | 2600-000 | N/A | 28.56 | 28.56 | 28.56 |
| Rabobank, N.A. | 2600-000 | N/A | 32.28 | 32.28 | 32.28 |
| Rabobank, N.A. | 2600-000 | N/A | 28.21 | 28.21 | 28.21 |
| Rabobank, N.A. | 2600-000 | N/A | 31.03 | 31.03 | 31.03 |
| Rabobank, N.A. | 2600-000 | N/A | 30.01 | 30.01 | 30.01 |
| Rabobank, N.A. | 2600-000 | N/A | 25.90 | 25.90 | 25.90 |
| Rabobank, N.A. | 2600-000 | N/A | 32.44 | 32.44 | 32.44 |
| Rabobank, N.A. | 2600-000 | N/A | 28.41 | 28.41 | 28.41 |
| Rabobank, N.A. | 2600-000 | N/A | 26.38 | 26.38 | 26.38 |
| Rabobank, N.A. | 2600-000 | N/A | 29.95 | 29.95 | 29.95 |
| Rabobank, N.A. | 2600-000 | N/A | 27.93 | 27.93 | 27.93 |
| Rabobank, N.A. | 2600-000 | N/A | 26.85 | 26.85 | 26.85 |
| Rabobank, N.A. | 2600-000 | N/A | 29.50 | 29.50 | 29.50 |
| International Sureties, Ltd. | 2300-000 | N/A | -8.45 | -8.45 | -8.45 |
| Rabobank, N.A. | 2600-000 | N/A | 28.42 | 28.42 | 28.42 |
| Rabobank, N.A. | 2600-000 | N/A | 26.42 | 26.42 | 26.42 |
| Rabobank, N.A. | 2600-000 | N/A | 28.99 | 28.99 | 28.99 |
| Rabobank, N.A. | 2600-000 | N/A | 27.02 | 27.02 | 27.02 |
| Rabobank, N.A. | 2600-000 | N/A | 25.39 | 25.39 | 25.39 |
| Rabobank, N.A. | 2600-000 | N/A | 39.62 | 39.62 | 39.62 |
| Rabobank, N.A. | 2600-000 | N/A | 24.92 | 24.92 | 24.92 |
| Rabobank, N.A. | 2600-000 | N/A | 24.86 | 24.86 | 24.86 |
| Rabobank, N.A. | 2600-000 | N/A | 28.16 | 28.16 | 28.16 |
| Rabobank, N.A. | 2600-000 | N/A | 24.71 | 24.71 | 24.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $404,681.56 | $348,510.74 | $130,811.19 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BANKRUPTCY SECTION MS A340 | 5800-000 | N/A | 6,853.06 | 6,853.06 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,853.06 | $6,853.06 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ENABLE OPPORTUNITY PARTNERS LP | 7100-000 | N/A | 225,000.00 | 225,000.00 | 0.00 |
| 2 | PIERCE DIVERSIFIED STRATEGY MASTER FUND LLC | 7100-000 | N/A | 112,000.00 | 112,000.00 | 0.00 |
| 3 | ENABLE OPPORTUNITY PARTNERS LP | 7100-000 | N/A | 1,913,000.00 | 1,913,000.00 | 0.00 |
| 4 | SHAWN KRELOFF | 7100-000 | N/A | 723,500.00 | 723,500.00 | 0.00 |
| 5 | BRISTOL CAPITAL ADVISORS, LLC | 7100-000 | N/A | 750,000.00 | 750,000.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,723,500.00 | $3,723,500.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-14577-BTB | Trustee: (480190) TIMOTHY S CORY, TRUSTEE |
| Case Name: SONA MOBILE HOLDINGS CORP. | Filed (f) or Converted (c): 03/30/09 (f) |
| | §341(a) Meeting Date: 05/06/09 |
| Period Ending: 07/29/16 | Claims Bar Date: 10/13/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Merril Lynch 300 E. Esplanade Dr. STE 2150 Oxnar | 13,874.04 | 13,915.69 | | 13,915.69 | FA |
| 2 | Nevada Gaming Control Board 555 E. Washington Av | 140,000.00 | 85,427.90 | | 85,427.90 | FA |
| 3 | Beazley Insurance Co. Employment Practices Liabi | Unknown | 0.00 | | 0.00 | FA |
| 4 | Hiscox Errors & Omissions (CyberLiability Plus) | Unknown | 0.00 | | 0.00 | FA |
| 5 | Lloyds/Beazley Directors and Officers | Unknown | 0.00 | | 0.00 | FA |
| 6 | Philadelphia Ins. Co. Crime (Incl Employee Disho | Unknown | 0.00 | | 0.00 | FA |
| 7 | St. Paul/Travelers Special Multiperil Incl PTY | Unknown | 0.00 | | 0.00 | FA |
| 8 | St. Paul/Travelers Umbrella Excess Liability | Unknown | 0.00 | | 0.00 | FA |
| 9 | St. Paul/Travelers Workers Compensation | Unknown | 0.00 | | 0.00 | FA |
| 10 | Sona Mobile Inc. 100% Ownership. Value 10100 Wes | Unknown | 0.00 | | 0.00 | FA |
| 11 | Intercompany receivable - Sona Innovations, Inc. | 9,131,292.76 | 0.00 | | 0.00 | FA |
| 12 | Intercompany receivable - Sona Mobile Inc. | 12,248,618.85 | 0.00 | | 0.00 | FA |
| 13 | RETAINER FROM LEWIS AND ROCA (u) | 0.00 | 0.00 | | 2,400.00 | FA |
| 14 | Adversary 11-1118 Cory et al v. Ebet Limited et (u) | 0.00 | 400,000.00 | | 29,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 67.60 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$21,533,785.65** | **$499,343.59** | | **$130,811.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2014        Current Projected Date Of Final Report (TFR):    May 3, 2016 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-14577-BTB | |
| Case Name: | SONA MOBILE HOLDINGS CORP. | |
| | | |
| Taxpayer ID #: | **-***7593 | |
| Period Ending: | 07/29/16 | |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****43-65 - Money Market Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/09 | {1} | MERRILL LYNCH | MERRILL LYNCH ACCOUNT | 1129-000 | 13,915.69 | | 13,915.69 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,916.23 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 13,916.83 |
| 07/16/09 | | To Account #*******4366 | STORAGE FEES FOR UNIT 1036 | 9999-000 | | 995.00 | 12,921.83 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 12,922.39 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,922.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,923.45 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 12,923.97 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,924.51 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 12,925.05 |
| 01/07/10 | {2} | STATE OF NEVADA | NEVADA GAMING CONTROL BOARD | 1129-000 | 85,427.90 | | 98,352.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.60 | | 98,355.55 |
| 02/02/10 | 1001 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/02/2010 FOR CASE<br>#09-14577, BOND #016030865 | 2300-000 | | 143.42 | 98,212.13 |
| 02/17/10 | | To Account #*******4366 | Invoice 10-321 | 9999-000 | | 1,201.93 | 97,010.20 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.72 | | 97,013.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.35 | | 97,018.27 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 2.50 | | 97,020.77 |
| 04/20/10 | | Wire out to BNYM account<br>*********4365 | Wire out to BNYM account *********4365 | 9999-000 | -97,020.77 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 2,340.35 | 2,340.35 | $0.00 |
| Less: Bank Transfers | -97,020.77 | 2,196.93 | |
| Subtotal | 99,361.12 | 143.42 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $99,361.12 | $143.42 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-14577-BTB |
| Case Name: | SONA MOBILE HOLDINGS CORP. |
| Taxpayer ID #: | **-***7593 |
| Period Ending: | 07/29/16 |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****43-66 - Checking Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/09 | | From Account #*******4365 | STORAGE FEES FOR UNIT 1036 | 9999-000 | 995.00 | | 995.00 |
| 07/16/09 | 101 | STORAGE ONE AT RHODES RANCH | Ref # UNIT #1036 | 2410-000 | | 995.00 | 0.00 |
| 02/17/10 | | From Account #*******4365 | Invoice 10-321 | 9999-000 | 1,201.93 | | 1,201.93 |
| 02/17/10 | 102 | The Litigation Document Group | Ref # INVOICE #10-321 | 2410-000 | | 1,201.93 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,196.93 | 2,196.93 | $0.00 |
| | | | Less: Bank Transfers | | 2,196.93 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,196.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,196.93 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-14577-BTB |
| Case Name: | SONA MOBILE HOLDINGS CORP. |
| Taxpayer ID #: | **-***7593 |
| Period Ending: | 07/29/16 |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******43-65 - Checking Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4365 | Wire in from JPMorgan Chase Bank, N.A. account *******4365 | 9999-000 | 97,020.77 | | 97,020.77 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.04 | | 97,022.81 |
| 05/10/10 | | To Account #*********4366 | Invoice #10-4259 | 9999-000 | | 672.36 | 96,350.45 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.74 | | 96,356.19 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.54 | | 96,361.73 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.73 | | 96,367.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.72 | | 96,373.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.37 | | 96,375.55 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.45 | | 96,378.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.37 | | 96,380.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.45 | | 96,382.82 |
| 01/27/11 | 11002 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2011 FOR CASE #09-14577, Bond # 016030865 | 2300-000 | | 127.94 | 96,254.88 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.45 | | 96,257.33 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.21 | | 96,259.54 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.45 | | 96,261.99 |
| 04/25/11 | | To Account #*********4366 | Accountant fees per Order dated 4/22/2011 | 9999-000 | | 16,500.00 | 79,761.99 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.29 | | 79,764.28 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.03 | | 79,766.31 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.65 | | 79,766.96 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.67 | | 79,767.63 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 152.98 | 79,614.65 |
| 08/26/11 | | To Account #*********4366 | portion of Attorney fees per Order dated 8/25/11 | 9999-000 | | 25,000.00 | 54,614.65 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.63 | | 54,615.28 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 176.88 | 54,438.40 |
| 09/06/11 | | To Account #*********4366 | banking fees | 9999-000 | | 25.00 | 54,413.40 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.46 | 54,418.86 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 54,419.30 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 111.82 | 54,307.48 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 54,307.94 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 107.87 | 54,200.07 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.44 | | 54,200.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.80 | 54,081.71 |

| | | Subtotals : | | | $97,069.90 | $42,988.19 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-14577-BTB |
| Case Name: | SONA MOBILE HOLDINGS CORP. |
| | |
| Taxpayer ID #: | **-***7593 |
| Period Ending: | 07/29/16 |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******43-65 - Checking Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | {13} | LEWIS AND ROCA, LLP | RETAINER FROM LEWIS AND ROCA | 1229-000 | 2,400.00 | | 56,481.71 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,482.18 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.90 | 56,367.28 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 56,367.75 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 123.22 | 56,244.53 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 111.41 | 56,133.12 |
| 03/15/12 | 11003 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/15/2012 FOR CASE #09-14577, Bond #016048576 Voided on 04/16/12 | 2300-000 | | 49.28 | 56,083.84 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 115.02 | 55,968.82 |
| 04/04/12 | 11004 | Secure Documents | Invoice DJP0412 | 2410-000 | | 400.00 | 55,568.82 |
| 04/16/12 | 11003 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/15/2012 FOR CASE #09-14577, Bond #016048576 Voided: check issued on 03/15/12 | 2300-000 | | -49.28 | 55,618.10 |
| 04/16/12 | 11005 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | 49.28 | 55,568.82 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.44 | 55,458.38 |
| 05/18/12 | 11006 | NAUTILUS INVESTIGATIONS PTY LTD | Ref # INVOICE #PS17647 | 2990-000 | | 132.00 | 55,326.38 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.02 | 55,201.36 |
| 06/18/12 | 11007 | Secure Documents | Ref # INVOICE DJP0512 | 2410-000 | | 80.00 | 55,121.36 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 109.41 | 55,011.95 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 120.24 | 54,891.71 |
| 08/09/12 | 11008 | Secure Documents | Ref # INVOICE DJP0412-1 | 2410-000 | | 80.00 | 54,811.71 |
| 08/09/12 | 11009 | Secure Documents | Ref # INVOICE DJP00612 | 2410-000 | | 80.00 | 54,731.71 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 116.03 | 54,615.68 |
| 09/10/12 | 11010 | Secure Documents | Ref # INVOICE DJP0812 | 2410-000 | | 80.00 | 54,535.68 |
| 09/10/12 | 11011 | Secure Documents | Ref # INVOICE DJP0712 | 2410-000 | | 80.00 | 54,455.68 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.36 | 54,351.32 |
| 10/10/12 | 11012 | Secure Documents | Ref # INVOICE DJP0912 | 2410-000 | | 80.00 | 54,271.32 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.44 | 54,148.88 |
| 11/29/12 | 11013 | Secure Documents | Ref # INVOICE DJP1012 | 2410-000 | | 80.00 | 54,068.88 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 110.95 | 53,957.93 |
| 12/11/12 | 11014 | Secure Documents | Ref # INVOICE DJP1112 | 2410-000 | | 80.00 | 53,877.93 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048019088 20121213 | 9999-000 | | 53,877.93 | 0.00 |

Subtotals :    $2,400.94    $56,482.65

{} Asset reference(s)    Printed: 07/29/2016 02:45 PM    V.13.26

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 09-14577-BTB | **Trustee:** TIMOTHY S CORY, TRUSTEE (480190) |
| **Case Name:** SONA MOBILE HOLDINGS CORP. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******43-65 - Checking Account |
| **Taxpayer ID #:** **-***7593 | **Blanket Bond:** $62,879,123.00  (per case limit) |
| **Period Ending:** 07/29/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 99,470.84 | 99,470.84 | $0.00 |
| | | | Less: Bank Transfers | | 97,020.77 | 96,075.29 | |
| | | | **Subtotal** | | **2,450.07** | **3,395.55** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,450.07** | **$3,395.55** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-14577-BTB |
| Case Name: | SONA MOBILE HOLDINGS CORP. |
| Taxpayer ID #: | **-***7593 |
| Period Ending: | 07/29/16 |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******43-66 - Checking Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/10 | | From Account #*********4365 | Invoice #10-4259 | 9999-000 | 672.36 | | 672.36 |
| 05/10/10 | 10103 | The Litigation Document Group | Ref # INVOICE #10-4259 | 2410-000 | | 672.36 | 0.00 |
| 04/25/11 | | From Account #*********4365 | Accountant fees per Order dated 4/22/2011 | 9999-000 | 16,500.00 | | 16,500.00 |
| 04/25/11 | 10104 | Richard Bowler | Ref # PER ORDER 4/22/11 | 3410-000 | | 16,500.00 | 0.00 |
| 08/26/11 | | From Account #*********4365 | portion of Attorney fees per Order dated 8/25/11 | 9999-000 | 25,000.00 | | 25,000.00 |
| 08/26/11 | 10105 | Durham Jones & Pinegar | Ref # PER ORDER DATED 8/25/11 | | | 25,000.00 | 0.00 |
| | | | Ref # PER ORDER        11,187.78 DATED 8/25/11 | 3210-000 | | | 0.00 |
| | | | Ref # PER ORDER        13,812.22 DATED 8/25/11 | 3220-000 | | | 0.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 09/06/11 | | From Account #*********4365 | banking fees | 9999-000 | 25.00 | | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 42,197.36 | 42,197.36 | $0.00 |
| Less: Bank Transfers | 42,197.36 | 0.00 | |
| **Subtotal** | 0.00 | 42,197.36 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $42,197.36 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 09-14577-BTB |
| Case Name: | SONA MOBILE HOLDINGS CORP. |
| Taxpayer ID #: | **-***7593 |
| Period Ending: | 07/29/16 |

| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0766 - Checking Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 53,877.93 | | 53,877.93 |
| 12/19/12 | 21014 | Durham Jones & Pinegar | Ref # PER ORDER 12/17/12 | 3210-000 | | 29,160.16 | 24,717.77 |
| 12/19/12 | 21015 | Durham Jones & Pinegar | Ref # PER ORDER DATED 12/17/12 | 3220-000 | | 2,149.50 | 22,568.27 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.77 | 22,503.50 |
| 01/15/13 | 21016 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2013 FOR CASE #09-14577, Bond # 016048576 Voided on 03/05/13 | 2300-000 | | 25.58 | 22,477.92 |
| 01/23/13 | 21017 | Secure Documents | Ref # INVOICE DJP1212 | 2410-000 | | 80.00 | 22,397.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.62 | 22,362.30 |
| 02/21/13 | 21018 | Secure Documents | Ref # INVOICE 13-106 | 2410-000 | | 80.00 | 22,282.30 |
| 02/28/13 | 21019 | Secure Documents | Ref # INVOICE 13-020 | 2410-000 | | 80.00 | 22,202.30 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.08 | 22,172.22 |
| 03/05/13 | 21016 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2013 FOR CASE #09-14577, Bond # 016048576 Voided: check issued on 01/15/13 | 2300-000 | | -25.58 | 22,197.80 |
| 03/05/13 | 21020 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #09-14577, Bond # 016048576 | 2300-000 | | 24.55 | 22,173.25 |
| 03/29/13 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | 30.85 | 22,142.40 |
| 04/03/13 | 21021 | Secure Documents | Ref # INVOICE 13-041 | 2410-000 | | 80.00 | 22,062.40 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.88 | 22,028.52 |
| 05/20/13 | 21022 | Secure Documents | Ref # INVOICE 13-053 | 2410-000 | | 80.00 | 21,948.52 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.70 | 21,915.82 |
| 06/03/13 | 21023 | Secure Documents | Ref # INVOICE 13-068 | 2410-000 | | 80.00 | 21,835.82 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.41 | 21,806.41 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.51 | 21,771.90 |
| 08/01/13 | 21024 | Secure Documents | Ref # INVOICE 13-078 | 2410-000 | | 80.00 | 21,691.90 |
| 08/01/13 | 21025 | Secure Documents | Ref # INVOICE 13-089 | 2410-000 | | 80.00 | 21,611.90 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.19 | 21,580.71 |
| 09/11/13 | 21026 | Secure Documents | Ref # INVOICE 13-068 | 2410-000 | | 80.00 | 21,500.71 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.96 | 21,470.75 |
| 10/03/13 | 21027 | Secure Documents | Ref # INVOICE 13-112 | 2410-000 | | 80.00 | 21,390.75 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.88 | 21,356.87 |
| 11/05/13 | 21028 | Secure Documents | Ref # INVOICE 13-121 | 2410-000 | | 80.00 | 21,276.87 |

Subtotals :  $53,877.93   $32,601.06

{} Asset reference(s)    Printed: 07/29/2016 02:45 PM   V.13.26

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-14577-BTB | **Trustee:** TIMOTHY S CORY, TRUSTEE (480190) |
| **Case Name:** SONA MOBILE HOLDINGS CORP. | **Bank Name:** Rabobank, N.A. |
| | **Account:** *****0766 - Checking Account |
| **Taxpayer ID #:** **-***7593 | **Blanket Bond:** $62,879,123.00  (per case limit) |
| **Period Ending:** 07/29/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.66 | 21,248.21 |
| 12/05/13 | 21029 | Secure Documents | Storage Fees | 2410-000 | | 80.00 | 21,168.21 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.74 | 21,134.47 |
| 01/16/14 | 21030 | Secure Documents | Storage Fees | 2410-000 | | 80.00 | 21,054.47 |
| 01/16/14 | 21031 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/2014 FOR CASE #09-14577, 01/01/14 to 01/01/15 | 2300-000 | | 28.13 | 21,026.34 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.38 | 20,994.96 |
| 02/05/14 | 21032 | Secure Documents | Ref # INVOICE 13-160 | 2410-000 | | 80.00 | 20,914.96 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.11 | 20,886.85 |
| 03/14/14 | 21033 | NYC Department of Finance | 95-3087593; 2008 Form NYC-3L<br>Voided on 11/17/14 | 2820-000 | | 300.00 | 20,586.85 |
| 03/14/14 | 21034 | New York State Corporation Tax | 95-3087593; 2008 Form CT-3<br>Voided on 11/17/14 | 2820-000 | | 25.00 | 20,561.85 |
| 03/14/14 | 21035 | Secure Documents | Ref # INVOICE 14-173 | 2410-000 | | 80.00 | 20,481.85 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.00 | 20,452.85 |
| 04/03/14 | 21036 | Secure Documents | | 2410-000 | | 80.00 | 20,372.85 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.81 | 20,341.04 |
| 05/12/14 | 21037 | Secure Documents | Ref # INVOICE 14-200 | 2410-000 | | 80.00 | 20,261.04 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.69 | 20,231.35 |
| 06/16/14 | 21038 | Secure Documents | Ref # INVOICE 14-209 | 2410-000 | | 80.00 | 20,151.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.56 | 20,122.79 |
| 07/07/14 | 21039 | Secure Documents | Ref # INVOICE 14-233 | 2410-000 | | 80.00 | 20,042.79 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.28 | 20,010.51 |
| 08/08/14 | 21040 | Secure Documents | Ref # INVOICE 14-246 | 2410-000 | | 80.00 | 19,930.51 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.21 | 19,902.30 |
| 09/22/14 | 21041 | Secure Documents | Ref # INVOICE 14-262 | 2410-000 | | 80.00 | 19,822.30 |
| 09/30/14 | 21042 | Secure Documents | Ref # INVOICE 14-278 | 2410-000 | | 80.00 | 19,742.30 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.03 | 19,711.27 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.01 | 19,681.26 |
| 11/06/14 | 21043 | Secure Documents | Ref # INVOICE 14-290 | 2410-000 | | 80.00 | 19,601.26 |
| 11/17/14 | 21033 | NYC Department of Finance | 95-3087593; 2008 Form NYC-3L<br>Voided: check issued on 03/14/14 | 2820-000 | | -300.00 | 19,901.26 |
| 11/17/14 | 21034 | New York State Corporation Tax | 95-3087593; 2008 Form CT-3<br>Voided: check issued on 03/14/14 | 2820-000 | | -25.00 | 19,926.26 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.90 | 19,900.36 |
| 12/31/14 | 21044 | Secure Documents | | 2410-000 | | 80.00 | 19,820.36 |

Subtotals :     $0.00     $1,456.51

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 09-14577-BTB | | **Trustee:** | TIMOTHY S CORY, TRUSTEE (480190) | | |
| **Case Name:** | SONA MOBILE HOLDINGS CORP. | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******0766 - Checking Account | | |
| **Taxpayer ID #:** | **-***7593 | | **Blanket Bond:** | $62,879,123.00  (per case limit) | | |
| **Period Ending:** | 07/29/16 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/14 | 21045 | Secure Documents | | 2410-000 | | 80.00 | 19,740.36 |
| 12/31/14 | 21046 | nINTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #09-14577, Bond #016048576 | 2300-000 | | 22.54 | 19,717.82 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.44 | 19,685.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 19,656.97 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.38 | 19,630.59 |
| 03/06/15 | 21047 | Secure Documents | Ref # INV SD 15-3029 | 2410-000 | | 80.00 | 19,550.59 |
| 03/06/15 | 21048 | Secure Documents | Ref # INV SD 15-2017 | 2410-000 | | 80.00 | 19,470.59 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.95 | 19,440.64 |
| 04/17/15 | 21049 | Secure Documents | Ref # INV SD 15-5136 | 2410-000 | | 80.00 | 19,360.64 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.93 | 19,332.71 |
| 05/13/15 | 21050 | Secure Documents | Ref # INV SD 15-5057 | 2410-000 | | 80.00 | 19,252.71 |
| 05/15/15 | | International Sureties, Ltd. | Partial refund for bond payment | 2300-000 | | -8.45 | 19,261.16 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.85 | 19,234.31 |
| 06/22/15 | 21051 | Secure Documents | Ref # INV SD 15-6073 | 2410-000 | | 80.00 | 19,154.31 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.50 | 19,124.81 |
| 07/28/15 | 21052 | Secure Documents | Ref # INVOICE SD 15-6084 | 2410-000 | | 80.00 | 19,044.81 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.42 | 19,016.39 |
| 08/06/15 | 21053 | Secure Documents | Ref # INVOICE | 2410-000 | | 80.00 | 18,936.39 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.42 | 18,909.97 |
| 09/18/15 | 21054 | Secure Documents | Ref # INVOICE 15-6100 | 2410-000 | | 80.00 | 18,829.97 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.99 | 18,800.98 |
| 10/20/15 | 21055 | Secure Documents | Ref # INVOICE 15-6142 | 2410-000 | | 80.00 | 18,720.98 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.02 | 18,693.96 |
| 11/02/15 | 21056 | Secure Documents | Ref # INVOICE 15-6146 | 2410-000 | | 575.00 | 18,118.96 |
| 11/02/15 | 21057 | Secure Documents | Ref # INVOICE 15-6131 | 2410-000 | | 80.00 | 18,038.96 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.39 | 18,013.57 |
| 12/21/15 | {14} | Commonwealth Bank | Settlement of Cory v eBet | 1241-000 | 29,000.00 | | 47,013.57 |
| 12/23/15 | 21058 | McDermott Will & Emery, LLP | Ref # PER ORDER DATED 11/02/15 | 3220-000 | | 272.81 | 46,740.76 |
| 12/23/15 | 21059 | McDermott Will & Emery, LLP | Ref # PER ORDER 11/02/2015 | 3210-000 | | 28,727.19 | 18,013.57 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.62 | 17,973.95 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.92 | 17,949.03 |
| 02/16/16 | 21060 | nINTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/16/2016 FOR CASE #09-14577, BOND # 016048576 | 2300-000 | | 73.69 | 17,875.34 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.86 | 17,850.48 |

Subtotals :  $29,000.00  $30,969.88

{} Asset reference(s)    Printed: 07/29/2016 02:45 PM   V.13.26

Exhibit 9

## Form 2

Page: 10

### Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-14577-BTB |
| Case Name: | SONA MOBILE HOLDINGS CORP. |
| | |
| Taxpayer ID #: | **-***7593 |
| Period Ending: | 07/29/16 |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0766 - Checking Account |
| Blanket Bond: | $62,879,123.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.16 | 17,822.32 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.71 | 17,797.61 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.67 | 17,772.94 |
| 06/03/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -24.67 | 17,797.61 |
| 07/18/16 | 21061 | TIMOTHY S CORY, TRUSTEE | Dividend paid 100.00% on $631.95, Trustee Expenses;  Reference: | 2200-000 | | 631.95 | 17,165.66 |
| 07/18/16 | 21062 | TIMOTHY S CORY, TRUSTEE | Dividend paid 100.00% on $9,790.56, Trustee Compensation;  Reference: | 2100-000 | | 9,790.56 | 7,375.10 |
| 07/18/16 | 21063 | Pack CPA | Dividend paid 100.00% on $3,684.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,684.00 | 3,691.10 |
| 07/18/16 | 21064 | Durham Jones & Pinegar | Dividend paid  40.71% on $9,065.12, Attorney for Trustee Expenses (Other Firm);  Reference: PER ORDER DATED 11/02/15 | 3220-000 | | 3,691.10 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 82,877.93 | 82,877.93 | $0.00 |
| Less: Bank Transfers | 53,877.93 | 0.00 |
| Subtotal | 29,000.00 | 82,877.93 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $29,000.00 | $82,877.93 |

| | |
|---|---|
| Net Receipts : | 130,811.19 |
| Net Estate : | $130,811.19 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****43-65 | 99,361.12 | 143.42 | 0.00 |
| Checking # ***-*****43-66 | 0.00 | 2,196.93 | 0.00 |
| Checking # ****-******43-65 | 2,450.07 | 3,395.55 | 0.00 |
| Checking # ****-******43-66 | 0.00 | 42,197.36 | 0.00 |
| Checking # *****0766 | 29,000.00 | 82,877.93 | 0.00 |
| | $130,811.19 | $130,811.19 | $0.00 |